DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEXANDER THOMAS MULLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0443

_____

April 29, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Craig A. Whisenhunt of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.


NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.